IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| CATHY S. BERG, | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-4093-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Cathy S. Berg, take nothing and this action is dismissed.

Dated: October 19, 2005        PRIDGEN J. WATKINS
                                            Clerk

                                            s/ des
                                            (By) Deputy Clerk